

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-12-00841-CV

**SCHUHARDT CONSULTING PROFIT SHARING PLAN**, Allan P. Blosxom, III, Thomas O. Stoner, Stormy Night, LLC and TOS Ranch, LLC,
Appellants

v.

**DOUBLE KNOBS MOUNTAIN RANCH,** Inc and Carlton E. Thompson,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28311-CV
Honorable Mickey R. Pennington, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to Withdraw and Substitute Lead Counsel is GRANTED.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

Keith E. Hottle
Clerk of Court